IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                        Case No.   PJM 10-cr-639

Sinisa Simic

\* \* \* \* \* \*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __11/17/10__ (date) at __2:30__ (time) before __Charles B Day__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom __2A__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

November 15, 2010
Date

/s/ Jillyn K. Schulze
JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 103