IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ]<br>]<br>] Case No. 8:10-cr-00639-PJM |
| vs. | ]<br>] |
| SINISA SIMIC and<br>MIRZA KUJUNDZIC, | ]<br>]<br>] |
| **Defendants** | ] |

**DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS
FOR VIOLATION OF THE SPEEDY TRIAL ACT OF 1974
AND CONSTITUTIONAL SPEEDY TRIAL**

COMES NOW the Defendant, Sinisa Simic, by counsel, and hereby withdraws his Motion To Dismiss for Violation of the Speedy Trial Act of 1974 and Constitutional Speedy Trial, filed with this Court on February 7, 2011. The government takes no position on this Motion.

Respectfully submitted,

Sinisa Simic
By counsel

Westlake Legal Group
By

_____
Thomas K. Plofchan, Jr., VSB #34536
46175 Westlake Drive, #320
Sterling, VA 20165
Tel. No.: (703) 406-7616
Fax: (703) 444-9498
tplofchan@westlakelegal.com

Certificate

I certify that the foregoing was sent by U.S. firstclass mail, postage prepaid, this 10th day of February, 2011 to:

Rod J. Rosenstein, U.S. Attorney
A. David Copperthite, AUSA
James A. Crowell IV, AUSA
Sujit Raman, AUSA
36 South Charles Street
Fourth Floor
Baltimore, MD 21201

_____
Thomas K. Plofchan, Jr.